JS-6
Filed 8/1/16

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER, | Case: 2:16-CV-03410-GHK-MRW |
| Plaintiff, | **ORDER** |
| v. | |
| ROBERT APRAMIAN, in his individual and representative capacity as trustee; GARY DOWNS; and Does 1-10, | |
| Defendants. | |

## **ORDER**

The entire case is hereby ordered dismissed with prejudice.

Dated: 8/1/16

HONORABLE GEORGE H. KING
UNITED STATES DISTRICT COURT JUDGE

1